IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BYRON GREENE )
)
v. ) NO. 3-15-0145
) JUDGE CAMPBELL
PTS OF AMERICA, LLC, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 55), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Default Judgment (Docket No. 32) is GRANTED, and Plaintiff is awarded default judgment against Defendant PTS of America, LLC, in the amount of eighty thousand dollars ($80,000).

The case is referred back to the Magistrate Judge, in light of his Order of November 18, 2015 (Docket No. 54), to determine the status of the John Doe Defendants and to recommend disposition of the remainder of the case.

The Clerk is directed to serve a copy of this Order on the registered agent for Defendant PTS of America, LLC, Kent D. Wood, at PTS of America, LLC, 1854 Air Lane Drive, Suite 20, Nashville, TN 37210-3816.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE