UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BYRON GREENE ) | |
| ) | Civil Action No. 3:15-0145 |
| v. ) | Judge Campbell/Knowles |
| ) | |
| PTS OF AMERICA, LLC, et al. ) | |

## REPORT AND RECOMMENDATION

The undersigned entered an Order on November 18, 2015, advising Plaintiff to serve the John Doe Defendants by January 2, 2016. To date, the Court has not received anything from the Plaintiff showing that he has served or identified the John Doe Defendants. The Courts notes that the Order entered on January 11, 2016, by Judge Campbell granted default judgment against defendant PTS of America, LLC, the only other defendant in this case.

Therefore, the undersigned recommends that Plaintiff's claims against the John Doe Defendants be dismissed without prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,* 474 U.S. 111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge